UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MEYERS DIVISION

NICHOLAS REEDER, individually and on behalf of the class,

        Plaintiff,

v.

FLOOR AND DECOR OUTLETS OF AMERICA, INC.,

        Defendant

Case No: 2:15-cv-804-FtM-29MRM

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(l)(A)(ii), Plaintiff Nicholas Reeder and Defendant Floor and Decor Outlets of America, Inc. (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice, with the Parties to bear their own respective costs and attorneys' fees.  This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

    IT IS SO STIPULATED.

Dated:  May 9, 2016

/s/ J. Andrew Meyer
J. Andrew Meyer
Florida Bar No.  0056766
Leavengood, Dauval, Boyle & Meyer
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, Florida 33703
Telephone:  (727) 327-3328

Philip Bohrer (*Pro Hac Vice*)
Scott E. Brady (*Pro Hac Vice*)
Bohrer Brady, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
phil@bohrerbrady.com
scott@bohrerbrady.com

John P. Wolff, III (*Pro Hac Vice*)
Christopher K. Jones (*Pro Hac Vice*)
Keogh, Cox & Wilson, LTD
701 Main Street
Baton Rouge, Louisiana 70808
Telephone: (225) 383-3796
jwolff@keoghcox.com
cjones@keoghcox.com

*Counsel for Plaintiff Nicholas Reeder*


/s/ Brian M. Ercole
Robert M. Brochin
Florida Bar No. 0319661
rbrochin@morganlewis.com
Brian M. Ercole
Florida Bar No. 0102189
bercole@morganlewis.com
Morgan, Lewis & Bockius
200 South Biscayne Blvd.
Suite 5300
Miami, Florida 33131 2339
Telephone: 305.415.3000
Facsimile: 305.415.3001

*Counsel for Defendant Floor and Decor Outlets of America, Inc.*